UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIA DANIELLE SMITH,
                      Appellant,

-v-

AURORA COMMERCIAL CORP.,
                      Appellee.

20-CV-710 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

A bankruptcy appeal in this action has been filed with the Court.

It is hereby ordered that:

1) The appellant shall serve and file a brief with any supporting papers by **February 28, 2020**.

2) Response(s) to the appellant's brief shall be served and filed by **March 20, 2020**.

3) Any replies to the response(s) shall be served and filed by **April 3, 2020**.

   SO ORDERED.

Dated: February 3, 2020
        New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*