UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIA DANIELLE SMITH,
                        Appellant,

-v-

AURORA COMMERCIAL CORP.,
                        Appellee.

20-CV-710 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Pursuant to the parties' letters at Docket Numbers 10, 11, and 12, the Court hereby extends the briefing schedule in this bankruptcy matter as follows:

1) The appellant shall serve and file a brief with any supporting papers by **August 28, 2020**.

2) Response(s) to the appellant's brief shall be served and filed by **September 16, 2020**.

3) Any replies to the response(s) shall be served and filed by **October 2, 2020**.

SO ORDERED.

Dated: August 3, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*